**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**
The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: December 16, 2009**



1

# TIFFANY & BOSCO
### P.A.

2 **2525 EAST CAMELBACK ROAD**

3 **SUITE 300**

**PHOENIX, ARIZONA 85016**

4 **TELEPHONE: (602) 255-6000**

5 **FACSIMILE: (602) 255-0192**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**

6 Mark S. Bosco
State Bar No. 010167

7 Leonard J. McDonald
State Bar No. 014228

8 Attorneys for Movant

9 09-28041/1100141334

10 ### IN THE UNITED STATES BANKRUPTCY COURT

11 ### FOR THE DISTRICT OF ARIZONA

12

13 IN RE:

No. 2:09-bk-28051-RJH

14 Raymond P. Maza

Chapter 7
15       Debtor.
_____

ORDER
16 US Bank Natl. Assoc., as Trustee for Structured
Asset Investment Loan Trust, 2005-8

17       Movant,

(Related to Docket #16)
   vs.

18

19 Raymond P. Maza, Debtor, Dale D. Ulrich, Trustee.

20      Respondents.
_____

21

22     Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23 Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24 and no objection having been received, and good cause appearing therefor,

25     IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 6, 2005 and recorded in the office of the Maricopa County Recorder wherein US Bank Natl. Assoc., as Trustee for Structured Asset Investment Loan Trust, 2005-8 is the current beneficiary and Raymond P. Maza has an interest in, further described as:

> Lot 35, CITRUS DEL RAY, according to Book 283 of Maps, Page 21, and Affidavit of Correction recorded in Document No. 85-295826 and In Document No. 86-44203, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____day of _____, 2009.


_____
JUDGE OF THE U.S. BANKRUPTCY COURT